UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SHENGGANG SUN,

    *Petitioner*,

v.

CHRISTOPHER CHESTNUT,
WARDEN OF THE CALIFORNIA
CITY DETENTION FACILITY et al.,

    *Respondents*.

No. 1:26-cv-001053-DAD-EFB

**ORDER GRANTING MOTION TO VACATE SCHEDULING ORDER [DKT. 7]**

**ORDER GRANTING MOTION TO VACATE SCHEDULING ORDER [DKT. 7]**

Upon consideration of Petitioner Shenggang Sun's Motion to Vacate Scheduling Order, it is hereby ORDERED that the motion is GRANTED and the scheduling order at Dkt. 7 is hereby vacated.

IT IS SO ORDERED.

Dated this 26th day of March, 2026.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

ORDER - 1