UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHENGGANG SUN,

                Petitioner,

     v.

WARDEN OF CALIFORNIA CITY
DETENTION CENTER,

                Respondent.

No.  1:26-cv-01053-DAD-EFB (HC)

ORDER

Petitioner proceeds with this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The District Judge has ordered respondent to provide petitioner with a bond hearing and referred the matter to the undersigned magistrate judge.  ECF No. 13.  Petitioner's counsel informs the court that the hearing has taken place and states that counsel may wish to supplement or amend the petition in response to the hearing.  ECF No. 14.

It is HEREBY ORDERED that, on or before April 10, 2026, petitioner shall file any supplement to the petition or amended petition.  If petitioner supplements or amends the petition, respondent may file an amended return on or before April 17, 2026.  Petitioner may file a traverse to such amended return on or before April 20, 2026.  Should petitioner decline to supplement or amend the petition, petitioner may file a traverse to the existing answer (ECF No. 12) on or before April 10, 2026.  If petitioner declines to supplement or amend the petition and also declines to file

1

a traverse by April 10, 2026, the court will consider the petition submitted.

DATED: March 31, 2026

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2