UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHENGGANG SUN, | |
| Petitioner, | No. 1:26-cv-001053-DAD-EFB |
| v. | |
| CHRISTOPHER CHESTNUT, WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al., | ~~[PROPOSED]~~ ORDER GRANTING MOTION FOR EXTENSION OF TIME |
| Respondents. | |

**~~[PROPOSED]~~ ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Upon consideration of Petitioner Shenggang Sun's Motion for Extension of Time, it is hereby ORDERED that the motion is GRANTED and the traverse shall be filed by May 20, 2026.

IT IS SO ORDERED.

Dated: April 27, 2026.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Presented By:

*/s/ Jonah J. Horwitz*

Jonah J. Horwitz (ID Bar No. 10494)
702 W. Idaho Street, Ste. 900
Boise, Idaho 83702
Jonah_Horwitz@fd.org

~~[PROPOSED]~~ ORDER - 1